CHARLES J. WITHERSTINE, Respondent, v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.— Judgment and order affirmed, with costs. All concur.

FREDERICK HERMAN, by WILLIAM HERMAN, His Guardaı ad Litem, Respondent, v. BOARD OF EDUCATION OF UNION SCHOOL DISTRICT No. 8, TOWN OF ARCADIA, WAYNE COUNTY, NEW YORK, and Another, Appellants.— Judgment and order affirmed, with costs. All concur, Davis, J., not sitting.

SIDNEY J. DASHNEAU, Respondent, v. THE CITY OF OSWEGO, Appellant.— Judgment affirmed, with costs. All concur.

NEIL D. CALLANAN, Respondent, v. CLARENCE J. TIERNEY, Appellant.— Judgment affirmed, with costs. All concur.

BOWKER FERTILIZER COMPANY, Appellant, v. THE STATE BANK OF WILLIAMSON, Respondent.— Judgment affirmed, with costs. All concur.

THE J. H. COLGROVE Co., INC., Respondent, v. JOHN A. SCHAEFER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

HAROLD C. SEITZ, Respondent, v. FIDELITY COAL AND COKE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN A. LEROY, Relator, v. WILLIAM GLANVILLE and Others, Individually and as Members of the Town Board of Audit and the Town Board of the Town of Owasco, Cayuga County, N. Y., Respondents.— Writ of certiorari quashed and proceeding dismissed, with fifty dollars costs and disbursements. Held, the relator acted as justice of the peace without legal authority during the time covered by the claim, and, therefore, his claim for fees is not a legal charge against the town, and was properly rejected. Furthermore, it does not appear by the return that the town board was not justified in rejecting the claim upon the ground that it was fraudulent. All concur.

MARY RYAN MURRETT, as Executrix, etc., of LOUISE RYAN, Deceased, Appellant, v. CHARLES DUNHAM, Respondent.— Judgment affirmed, with costs. All concur.

WILLIAM WEED, Respondent, v. CLARENCE W. DARLING and Another, as Copartners, Doing Business under the Firm Name of CROLY SALES COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of HENRY LOVITZ, Appellant, for Removal of CHIN LEM, Respondent, from Certain Premises in the City of Buffalo.— Motion to dismiss appeal denied, without costs. Order affirmed, with costs. Held, the question chiefly argued, that the petitioner is not entitled to maintain summary proceedings to remove the tenant, cannot properly be determined on this appeal, for the reason that the lease and notices are not printed in the record. We think there is sufficient doubt as to the weight and sufficiency of the evidence regarding the unsanitary and disorderly condition of the premises, so that the court below was justified in granting a new trial. All concur.

FRANK LIPANI, as Administrator, etc., of ANGELINA LIPANI, Deceased, Respondent, v. CARMELO PANEPINTO and Others, Appellants.— Judgment and order affirmed, with costs. All concur.

JOHN G. ELBS, Respondent, v. MARGARET B. LONG, Appellant.— Judgment and order affirmed, with costs. All concur.

HENRY T. COON, Respondent, v. CURTISS AEROPLANE AND MOTOR CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur.